FILED
AUG 0 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Mag. Case No. **'08 MJ 8708** |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | Title 8, U.S.C., Section 1324(a)(2)(B)(iii) Bringing in Illegal Aliens Without Presentation |
| Guillermo SANTA CRUZ-Rodriguez(1) | |
| Julio Cesar VEGA-Jimenez (2) | Title 18, U.S.C. Section 2 Aiding & Abetting |
| Defendants. | |

The undersigned complainant being duly sworn states:

On or about August 7, 2008, within the Southern District of California, defendants Guillermo SANTA CRUZ-Rodriguez and Julio Cesar VEGA-Jimenez, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, Anselmo FRANCO-Urid, Maximiliano Serafin RIVERA-Franco, Cenen DIAZ-Bonilla, and Alvarado Conrado JIMENEZ-Bonifacio, had not received prior official authorization to come to, enter and reside in the United States, did bring to and attempt to bring to the United States said aliens and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2, Aiding and Abetting.

And the complainant states that this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

MARCO A. MIRANDA
Senior Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS DAY OF 8TH DAY OF AUGUST 2008.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
    v.
Guillermo SANTA CRUZ-Rodriguez (1)
Julio Cesar VEGA-Jimenez (2)

## STATEMENT OF FACTS

The complainant states that this complaint is based upon statements in the investigative reports by the apprehending officers Border Patrol Agents that on August 7, 2008, the defendants, are natives and citizens of Mexico were apprehended near Ocotillo, California, as they were guiding four undocumented aliens into the United States in violation of law.

On August 7, 2008, at approximately 0330 hours Border Patrol Agents received information that a group of possible illegal aliens were attempting to elude inspection by walking through the mountains between the ports of entry. Agents K. Cowan and A. Ojeda responded to the area and followed foot-sign for approximately five to six people walking north, away from the United States/Mexico International Boundary. Agents Gonzalez and Gamboa observed six people coming down a mountain-side of boulders toward Interstate 8. Agent Tiernan observed an individual guiding the individuals, later identified as Julio Cesar VEGA-Jimenez, see him (Agent Tiernan) and motioned to the rest of the group to get down. Agents Gonzalez and Gamboa identified themselves as U. S. Border Patrol Agents, and determined that the six individuals were natives and citizens of Mexico illegally in the United States. All six individuals were transported to the El Centro Border Patrol Station for further processing.

VEGA and SANTA CRUZ were advised of their rights per Miranda. VEGA and SANTA CRUZ stated they understood their rights and were willing to answer questions without the presence of an attorney.

VEGA stated he made his illegal entry with a group of nine individuals through the mountains. VEGA stated his family made smuggling arrangements for an unknown amount. VEGA stated two persons were guiding them. VEGA stated after he arrived at the highway he didn't see the guides anymore.

SANTA CRUZ stated he was helping VEGA guide four individuals into the United States by walking through the mountains. SANTA CRUZ stated he was taking instructions from VEGA. SANTA CRUZ stated he and VEGA were going to be paid $300.00 per person being smuggled. SANTA CRUZ stated the money was going to be divided between them. SANTA CRUZ was shown a photo line-up and identified VEGA as the guide.

Material Witnesses Anselmo FRANCO-Urcid, Maximiliano Serafin RIVERA-Franco, Cenen DIAZ-Bonilla and Alvaro Coronado JIMENEZ-Bonifacio met the foot guides, VEGA and SANTA CRUZ near the La Remurosa, Mexico. FRANCO, RIVERA, DIAZ and JIMENEZ stated they were guided through the mountains. FRANCO stated once he arrived in Los Angeles, California, he was to pay the smugglers $1,500.00. RIVERA stated he intended to travel to Los Angeles. DIAZ stated once he arrived in Los Angeles he was to pay one of the guides $2,500.00. JIMENEZ stated once he arrived in Los Angeles he was to pay one of the guides $1,500.00. FRANCO, RIVERA, DIAZ and JIMENEZ were shown a photo line-up and identified VEGA and SANTA CRUZ as the foot guides.

The complaint states that names of the Material Witness is as follows:

| Name | Place of Birth |
|---|---|
| Anselmo FRANCO-Urid | Mexico |
| Maximiliano Serafin RIVERA-Franco | Mexico |
| Cenen DIAZ-Bonilla | Mexico |
| Alvarado Conrado JIMENEZ-Bonifacio | Mexico |

Further, complainant states that Anselmo FRANCO-Urid, Maximiliano Serafin RIVERA-Franco, Cenen DIAZ-Bonilla and Alvarado Conrado JIMENEZ-Bonifacio are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and that they are material witnesses in relation to his criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.