UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED
2008 SEP -4 P 4:19

U.S. MARSHALS SERVICE
EL CENTRO OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff <br> vs. <br> Guillermo Santa Cruz-Rodriguez, et al <br> Defendant(s) | CRIMINAL NO. 08CR3005-H <br> 08mj8708 <br> ORDER <br> RELEASING MATERIAL WITNESS <br> Booking No. |

On order of the United States District/Magistrate Judge: **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Anselmo Franco-Unid

DATED: 9/4/08

PETER C. LEWIS
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____ DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk
by  E. Flores
Deputy Clerk

CLERK'S COPY
mc500 Crim-25 rev. 8-95          ☆ U.S. GPO: 2003-581-774/70082