# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED
2008 SEP -4 P 4: 19

U.S. MARSHALS SERVICE
EL CENTRO OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 08CR3005-H |
| Plaintiff ) | 08mj8708 |
| ) | ORDER |
| vs. ) | |
| ) | RELEASING MATERIAL WITNESS |
| Guillermo Santa Cruz-Rodriguez, ) et al ) | |
| Defendant(s) ) | Booking No. |

On order of the United States District/Magistrate Judge,   **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court)).

Maximiliano Serafin Rivera-Franco

DATED: 9/4/08

PETER C. LEWIS
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____    OR
        DUSM

W. SAMUEL HAMRICK, JR.  Clerk

by  F. Flores
        Deputy Clerk

CLERK'S COPY
mc500 Crim-25 rev. 8-95                ☆ U.S. GPO: 2003-581-774/70082